B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of California

In re   **Citizens Development Corp.**

                                                    Debtor(s)

Case No.   **10-15142-LT11**

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| RON FRAZAR<br>P.O. BOX 4970<br>WHITEFISH, MT 59937 | RON FRAZAR<br>P.O. BOX 4970<br>WHITEFISH, MT 59937 | Guarantee of Loan to Affiliate | Contingent | 6,000,000.00 |
| CALIFORNIA CREDIT UNION<br>701 N. BRAND BLVD<br>3RD FLOOR<br>GLENDALE, CA 91203 | California Credit Union<br>701 N. BRAND BLVD, 3RD FLOOR<br>GLENDALE, CA 91203<br>(818) 291-5578 | | Contingent | 5,922,568.00 |
| EL TOREADOR PROP GRP/J SERHAN<br>c/o WM J CALDARELLI ESQ.<br>550 W. C STREET, SUITE 700<br>SAN DIEGO, CA 92101 | EL TOREADOR PROP GRP/J SERHAN<br>c/o WM J CALDARELLI ESQ.<br>550 W. C STREET, SUITE 700<br>SAN DIEGO, CA 92101 | Guarantee of Loan to Affiliate | Contingent<br>Unliquidated<br>Disputed | 4,000,000.00 |
| BANK OF THE WEST<br>180 MONTGOMERY ST, 25TH FLOOR<br>SAN FRANCISCO, CA 94104 | Liz Tuquero<br>Bank of the West<br>180 MONTGOMERY ST, 25TH FLOOR<br>San Francisco, CA 94104<br>(858) 964-2400 | | Contingent | 3,000,000.00 |
| SAN DIEGO COUNTY TREASURER-<br>TAX COLLECTOR<br>P. O. BOX 129009<br>SAN DIEGO, CA 92112 | SAN DIEGO COUNTY TREASURER-<br>TAX COLLECTOR<br>PO BOX 129009<br>SAN DIEGO, CA 92112<br>(877) 829-4732 | | | 237,637.27 |
| JANI-KING OF CALIF, INC.-SDO<br>FILE 749318<br>LOS ANGELES, CA 90074-9318 | JANI-KING OF CALIFORNIA, INC.-SDO<br>FILE 749318<br>LOS ANGELES, CA 90074-9318<br>(619) 682-3400 | | | 77,761.38 |
| CALIFORNIA STATE BOARD OF EQUALIZATION<br>P.O. BOX 942879<br>SACRAMENTO, CA 94279 | CALIFORNIA STATE BOARD OF EQUALIZATION<br>P.O. BOX 942879<br>SACRAMENTO, CA 94279 | Sales & Use Tax | | 58,892.23 |
| CA STATE BOARD OF EQUALIZATION<br>P.O. BOX 942879<br>SACRAMENTO, CA 94279-8006 | CA State Board of Equalization<br>P.O. Box 942879<br>Sacramento, CA 94279-8006 | | | 56,241.45 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Citizens Development Corp.**                                    Case No.   **10-15142-LT11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
### (Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| FOLEY & LARDNER LLP<br>555 SOUTH FLOWER STREET<br>SUITE 3500<br>LOS ANGELES, CA<br>90071-2411 | FOLEY & LARDNER LLP<br>555 S. FLOWER ST., SUITE 3500<br>LOS ANGELES, CA 90071-2411<br>(213) 972-4500 | | | 36,637.04 |
| SAN DIEGO COUNTY<br>TREASURER<br>1600 PACIFIC COAST<br>HIGHWAY<br>ROOM 162<br>SAN DIEGO, CA 92101 | SAN DIEGO COUNTY TREASURER<br>1600 PACIFIC COAST HIGHWAY<br>ROOM 162<br>SAN DIEGO, CA 92101 | Transient<br>Occupancy Tax | | 31,664.32 |
| VALLECITOS WATER<br>DISTRICT<br>201 VALLECITOS DE ORO<br>SAN MARCOS, CA<br>92069-1453 | VALLECITOS WATER DISTRICT<br>201 VALLECITOS DE ORO<br>SAN MARCOS, CA 92069-1453<br>(760) 744-0460 | | | 31,133.44 |
| SAN DIEGO GAS & ELECTRIC<br>P.O. BOX 25111<br>SANTA ANA, CA 92799-5111 | SAN DIEGO GAS & ELECTRIC<br>P.O. BOX 25111<br>SANTA ANA, CA 92799-5111<br>(800) 411-7343 | | | 31,075.06 |
| SAN DIEGO COUNTY<br>TREASURER -<br>TAX COLLECTOR<br>P.O. BOX 129009<br>SAN DIEGO, CA 92112 | SAN DIEGO COUNTY TREASURER -<br>TAX COLLECTOR<br>P.O. BOX 129009<br>SAN DIEGO, CA 92112 | Property Taxes | | 28,142.84 |
| VANORSDALE INSURANCE<br>SERVICES<br>4909 MURPHY CANYON RD<br>STE 510<br>SAN DIEGO, CA 92123 | VANORSDALE INSURANCE<br>SERVICES<br>4909 MURPHY CANYON RD STE 510<br>SAN DIEGO, CA 92123<br>(858) 541-2900 | | | 25,519.50 |
| SAN DIEGO COUNTY<br>TREASURER<br>1600 PACIFIC COAST<br>HIGHWAY<br>ROOM 162<br>SAN DIEGO, CA 92101 | SAN DIEGO COUNTY TREASURER<br>1600 PACIFIC COAST HIGHWAY<br>ROOM 162<br>SAN DIEGO, CA 92101 | Personal Property<br>Unsecured Taxes | | 25,219.69 |
| HAINESLAW<br>Laurence F. Haines, Esq.<br>139 East Third Ave., Ste. #108<br>ESCONDIDO, CA 92025 | HAINESLAW<br>Laurence F. Haines, Esq.<br>139 East Third Ave., Ste. #108<br>ESCONDIDO, CA 92025<br>(760) 741-4529 | | | 24,871.47 |
| KITABAYASHI DESIGN<br>STUDIO<br>1227 J STREET<br>SAN DIEGO, CA 92101 | KITABAYASHI DESIGN STUDIO<br>1227 J STREET<br>SAN DIEGO, CA 92101<br>(619) 232-9116 | | Disputed | 19,427.50 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Citizens Development Corp.**
_____
Debtor(s)

Case No.   **10-15142-LT11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| STEVE I. KASTNER, ESQ.<br>101 WEST BROADWAY, #1700<br>SAN DIEGO, CA 92101 | STEVE I. KASTNER, ESQ.<br>101 WEST BROADWAY, #1700<br>SAN DIEGO, CA 92101 | Legal Services | | 17,570.71 |
| ACUSHNET/TITLEST<br>P.O. BOX 88112<br>CHICAGO, IL 60695-1112 | ACUSHNET/TITLEST<br>P.O. BOX 88112<br>CHICAGO, IL 60695-1112<br>(800) 225-8500 | | | 15,880.76 |
| BANK OF AMERICA<br>P.O. BOX 15731<br>WILMINGTON, DE 19886-5731 | BANK OF AMERICA<br>P.O. BOX 15731<br>WILMINGTON, DE 19886-5731<br>(800) 462-0505 | | | 13,030.90 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **October 4, 2010**
_____

Signature   **/s/ Matthew C. DiNofia**
_____
**Matthew C. DiNofia**
**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.