# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | CITIZENS DEVELOPMENT CORP. |
| **Case Number:** | 10-15142-LT11    **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, DECEMBER 10, 2010 10:00 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | SHAWNA DAHL |
| **Reporter / ECR:** | NANCY WINGIS |

### Matter:

MOTION TO EXTEND EXCLUSIVE PERIODS WITHIN WHICH TO FILE AND CONFIRM A PLAN OF REORGANIZATION FILED ON BEHALF OF CITIZENS DEVELOPMENT CORP.

### Appearances:

KRIKOR MESHEFEJIAN, ATTORNEY FOR CITIZENS DEVELOPMENT CORP. (TELEPHONICALLY)
KELLY ANN TRAN, ATTORNEY FOR RONALD FRAZAR

### Disposition:

Granted pursuant to Court's Tentative Ruling.  Order to be submitted by:  Meshefejian