# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | CITIZENS DEVELOPMENT CORP. |
| **Case Number:** | 10-15142-LT11    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, MARCH 01, 2011 02:00 PM    DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | SHAWNA DAHL |
| **Reporter / ECR:** | CONNIE MIHOS |

### Matters:

1) MOTION FOR ADEQUATE PROTECTION FOR SEGREGATION OF FUNDS AND ACCOUNTING FILED ON BEHALF OF LAKE SAN MARCOS COMMUNITY ASSOCIATION

2) MOTION FOR ORDER AUTHORIZING FURTHER USE OF CASH COLLATERAL FILED ON BEHALF OF CITIZENS DEVELOPMENT CORP.

3) MOTION FOR ORDER EXTENDING EXCLUSIVITY PERIOD BY SEVEN DAYS FOR FILING PLAN OF REORGANIZATION FILED ON BEHALF OF CITIZENS DEVELOPMENT CORP.

### Appearances:

KRIKOR MESHEFEJIAN, ATTORNEY FOR CITIZENS DEVELOPMENT CORP.
ANDREW S. PAULY, ATTORNEY FOR SYMPHONY ASSET/GACC (telephonically)
KENNETH H. LOUNSBERY, REPRESENTATIVE FROM LSM COMMUNITY ASSOCIATION
JUDITH DESCALSO, ATTORNEY FOR LSM COMMUNITY ASSOCIATION
PHIL GIACINTI, ATTORNEY FOR THE CITY OF SAN MARCOS
ALAN WOLF, ATTORNEY FOR TELESIS COMMUNITY CREDIT UNION

### Disposition:

1) Evidentiary hearing scheduled for 4/11/11 at 9:00 a.m.  Scheduling Order to come from Court.

2) Continued to 3/7/11 at 2:00 p.m. (holding date only)

3) Granted.  Order to be submitted by:  Meshefejian