CSD 1001A [11/15/04]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

Order Entered on
March 16, 2011
by Clerk U.S. Bankruptcy Court
Southern District of California

In Re



Debtor.

BANKRUPTCY NO.

Date of Hearing:
Time of Hearing:
Name of Judge:

**ORDER ON**

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through _____ with exhibits, if any, for a total of _____ pages, is granted. Motion/Application Docket Entry No. __264__

//
//
//
//
//
//

DATED: March 16, 2011

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

_____
(Firm name)

By:_____
    Attorney for ☐ Movant ☐ Respondent

CSD 1001A

```
CSD 1001A [11/15/04](Page 2)
ORDER ON
DEBTOR:                                                          CASE NO:
```

CSD 1001A

*Signed by Judge Laura Stuart Taylor March 16, 2011*

| In re:<br>CITIZENS DEVELOPMENT CORP.,<br>Debtor(s). | CHAPTER 11<br>CASE NO. 10-15142-LT11 |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067.

A true and correct copy of the foregoing document described as: **ORDER ON STIPULATION AUTHORIZING DEBTOR TO USE ON AN INTERIM BASIS CASH COLLATERAL OF TELESIS BUSINESS PARTNERS AND FURTHER CONTINUE HEARING ON DEBTOR'S MOTION TO USE CASH COLLATERAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

*N/A*

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**  On **March 16, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service and/or by attorney service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**By Overnight Mail**
Hon. Laura S. Taylor
U.S. Bankruptcy Court
Jacob Weinberger U.S. Courthouse
325 West F Street, Room 129
San Diego, CA 92101-6998

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 16, 2011 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

*Signed by Judge Laura Stuart Taylor March 16, 2011*

| In re: CITIZENS DEVELOPMENT CORP., Debtor(s). | CHAPTER 11<br>CASE NO. 10-15142-LT11 |
|---|---|

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: **ORDER ON STIPULATION AUTHORIZING DEBTOR TO USE ON AN INTERIM BASIS CASH COLLATERAL OF TELESIS BUSINESS PARTNERS AND FURTHER CONTINUE HEARING ON DEBTOR'S MOTION TO USE CASH COLLATERAL** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **March 16, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Ron Bender    rb@lnbyb.com
- Judith A. Descalso    descalso@pacbell.net
- Philip J Giacinti    pjg@procopio.com, caw@procopio.com;laj@procopio.com
- Haeji Hong    Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov;shannon.m.vencill@usdoj.gov;tiffany.l.carroll@usdoj.gov
- Raffi Khatchadourian    raffi@hemar-rousso.com
- Dean T. Kirby    dkirby@kirbymac.com, jrigg@kirbymac.com;gsparks@kirbymac.com;rrobinson@kirbymac.com;jcastranova@kirbymac.com;jlewin@kirbymac.com
- Christina Melhouse    cm@ldplaw.com
- Krikor Meshefejian    kjm@lnbyb.com
- Andrew S. Pauly    apauly@gpfm.com
- Richard J. Pekin    rpekin@foxjohns.com
- Wayne R. Terry    wterry@hemar-rousso.com, mgranzow@hemar-rousso.com
- Kelly Ann Mai Khanh Tran    ktran@mkblaw.com, ssandbeck@mkblaw.com
- United States Trustee    ustp.region15@usdoj.gov
- Dennis J. Wickham    wickham@scmv.com, havard@scmv.com
- Alan Steven Wolf    wdk@wolffirm.com;faxes@wolffirm.com

**II. SERVED BY THE COURT VIA U.S. MAIL:**  A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

*None.*

**III. TO BE SERVED BY THE LODGING PARTY**:  Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

*None.*

*Signed by Judge Laura Stuart Taylor March 16, 2011*